Good morning, may it please the court. My name is Ethan Tramontanis representing the appellant Seattle police officers with me today at Council table is my co-counsel Lisa Battaglia. I'd like to reserve three minutes for rebuttal The appellant officers are challenging the City of Seattle's use of force policy which restricts officer safety and disregards the practical everyday dangers and difficulties of policing The policy violates the officers fundamental Constitutional rights to self-defense under the second and fourteenth amendments The genesis of the case was an investigation by the Department of Justice into the SPD in 2011 Using a sample of use of force Reports the DOJ found that when they use force SPD patrol officers did so in an unconstitutional manner nearly 20% of the time The statistic has since been discredited nonetheless The city consented to a settlement agreement with Department of Justice and agreed to revise their use of force policy The revised use of force policy went into effect January 1st 2014 in the ways identified in the first amended complaint. The policy is overly complicated contradictory and dangerously restrictive It requires officers to behave in a delayed contrived in specific way to situations that are unpredictable fluid and fast-moving It predicts the officers from using force Unless they engage in multiple steps of analysis and then requires them to continue to performing to perform Analyses and checklists while deciding what force to use and the extent of that force Therefore it restricts there. We've kind of got this in your brief what you're telling us now The issues you've really got to focus in on or is it a violation of any of these amendments? Regardless what the policy is and we've read it and we know what you've said in your briefs about that So, why don't you focus in on these amendments? What by what what amendment are you going to focus in on first and why is it a violation there? I mean if I were to take control of your argument, you don't have much of it I'd start on equal protection because I don't think there's anything there but And then I'd let you get back to Second Amendment But you really got to make your real case under the Second Amendment. So maybe you ought to start there Why is it that it's protected under the Second Amendment? The district court erred when it held the Second Amendment doesn't protect Restriction against restrictions on the right to use force and self-defense and this court used the two-step analyses the two-step inquiry for Second Amendment claims Asking whether the challenge policy burdens conduct protected by the Second Amendment first of all Chauvin Chauvin says the first step is whether the policy regulates The use of force in self-defense not burdens it Regulates it and then if it regulates it Depending to what extent it regulates it then you either apply intermediate scrutiny or strict scrutiny So why don't you address without those issues? This policy clearly regulates the Officers use of force it does it doesn't know How closely does it regulate the core Second Amendment, right? Which is stated in Heller and McDonald? to use self-defense to defend home and hearth a Fair reading of Heller doesn't restrict the use of Self-defense to the I quite agree with you and we said that in Chauvin. I was on the panel The right is one of self-defense right now. Tell me in what particulars is a policeman Inhibited from using his firearm Under the right of self-defense by the UF by this policy the policy Absolutely restricts officers from using any force including the firearm until they go through this Till they go through this de-escalation scheme and to go through the de-escalation seat scheme You have to look at why the subjects not responding and you have to consider one of seven reasons what is the de-escalation scheme simply a very thoughtful way of Piling up the elements of reasonableness as to the use of a gun no, it's it's an absolute restriction before they can even get to the the use of a gun and and it is You read the this policy is telling policemen. You must abandon your reason and Follow a policy which is unreasonable That's right, that's what we're saying now there is a reason there is a reasonableness standard, but that that comes into play after the de-escalation happens and De-escalation is is defined as as the mitigation of an immediate threat and when police are facing immediate threats It's it's unsafe for them to go through this de-escalation But once they do then you get to the you get to the standard of reasonable necessary and proportional all you see is it your point that a policeman before he Decides to use his firearm to protect himself Must go through the mental exercise of the de-escalation process and that in itself imperils his life. Absolutely Now do we have any examples of how that has worked in practice? Well, this was a 12b6 Decision by the by the district court, but you must allege under Iqbal and Twombly Facts not contentions rights and and those of Lee say that police officers are Paralyzed or frozen in the use of reasonableness as to the use of the firearm while they go through the de-escalation Process, do you do that in your pleadings? We do an ER 31 to 32 and ER 35 to 37 Counseling your view if the court gets to the second step is remand required It it is and why is that because the the district court didn't get to the second step? They hit the first step and said that the officers don't while they have a right to bear arms They don't have right to use the arms in any particular way. This was error because Because the the core component of the Second Amendment as a judge Baya said is is for self-defense So, I mean, let me ask you a question. Let's before we get to the second step. Let's go to the first step Seems to me under the first step whether the challenge law burdens conduct protected by the Second Amendment has two different prongs, right? First prong would be that it was based on a historical understanding of the scope Which was outlined in Heller generally, but the second prong is whether the challenge law falls within a well-defined and narrowly limited category of prohibitions right who has the burden of that prong Who has the burden of proof on that prong that the city would because it's an exception to why is it the city would because it's an exception to the rule if we show that if we show that it it impacts our the core component of the Second Amendment Which which we have then the city would have to show that it would be it that it's a hell I ask whether the challenge law burdens conduct protected by the Second Amendment That's what FIOC versus Sunnyvale would have me ask if I'm asking that and then Jackson says I have to ask whether it was burden conduct protected Based on the historical understanding and then the second part is whether the challenge law Falls within the well-defined and narrowly limited category of prohibitions. Why is that you're not your burden? If you're the one who has to show that somehow this Challenges burden conduct by the Second Amendment Okay, why is it not your burden because to be fair? There's not much in this record about the prohibitions that have historically been unprotected and Frankly, that's where the district court came out with their her Understanding here. She said there's nothing here that says this is a prohibition There's nothing here that suggested it is and so therefore I end here So I'm putting it right to you and I'm gonna say the same to the government I mean, there's no question judge Bayes case of Chauvin, which is a criminal case He put the burden on the government, but this isn't this guy. This is not a criminal case This is a civil case and you're the one challenging the law and Frankly, I don't find anything in here that suggests That there was in fact a prohibition That had been historically unprotected If it's my burden your honor than going off the language of Heller the the long-standing Prohibitions that were listed were prohibitions on the possession of firearms You're talking about the understanding of the scope. I'm going on bigger than that I'm understanding now the challenge conduct has to go between something that is a category of Prohibitions that have historically been unprotected and in general in these cases I having sat on a few I have all kinds of law review articles about this This isn't the record that's in front of us This is a record of all kinds of law review articles, which would get me to this part. It's not in this record because we're relying on the language of Heller and and McDonald which went through the History of the Second Amendment don't get through this. You don't get even to the parade. You don't even get to the second problem You That's what the district court did that was its analysis I Believe the district court said that that the officers didn't have the ability to or didn't have a Constitutionally protected interest in using a weapon in any particular reason why is because she couldn't find any prohibition That was historically protected here. In fact, she found it wasn't there well The officers aren't asking for for a policy that for no policy. She said you're now in government work You're now Using these weapons only because the government provides them to you and when the government provides them to you The government ought to give you a chance or a some some if you will direction on what to do with them And she said I can't find anything that's a prohibition of this in History and there's nothing in the record to suggest it The officers aren't arguing that that there can be no restrictions on the policy they're arguing for a reasonableness standard That the the question is whether the officers actions are objectively reasonable in light of the facts and circumstances Confronting them and and and because yes, yes the the city gives the police officers guns but they're required to carry those guns and they're required to go into dangerous situations and face them and They have to have the ability to to defend themselves because they're duty-bound and mission bound to to walk into danger So if I get you through the first prong and now I go to the second prong Why is this case? Require any more than intermediate scrutiny Because Your analysis here if you're going to apply the the tiers of scrutiny and not just go off of the text history and tradition of the Second Amendment The question is how close the challenge policy comes to the core of the Second Amendment, right? That's the first step and self-defense is the core of the of the Second Amendment, right? And then the next step is the severity of the policies burden on that, right? And then it's it's an absolute restriction of using force until you go through these steps as I understand you sir the only difference between the right of the officer to use his firearm and the right of a citizen to use his firearm in self-defense is That this officer is burdened by having to go through the mental checklist Which will freeze him to a point where he can't reasonably defend himself. Is that correct? That's right Then it's not an absolute restriction then correct Well, it's a restriction until they go through that checklist and then once they finish the checklist and they have additional restrictions about unreasonableness necessary and and proportionality So it doesn't end and and your honor's right. It is the the frozen What am I supposed to do here that that increases the dangers to the police officers and restricts their constitutional ability to defend themselves? If it really Regulates conduct close to the core of the Second Amendment, then how do I distinguish these cases like inquest? cafeteria and restaurant workers union versus McElroy Which suggests it isn't quite that close When you're a proprietor and you're managing the internal operation of your police officers I'm sorry, your honor. I'm not familiar with that case Okay Sorry, you want to save a minute for a rebuttal? I do. Thanks May it please the court. I'm Greg Narver representing the city of Seattle The district courts dismissal of the amended complaint should be affirmed by this court in every respect And while I'm happy to answer questions about any of the claims in the case Applying to focus today on the Second Amendment and time permitting the substantive due process claim under the 14th Amendment Don't you see? Mr. Narver that this regulation in some manner does Restrict Pardon me. Just regulate the right to use a firearm It regulates when officers can use a firearm But I'm going to go further and say it doesn't regulate any Right protected under the Second Amendment. These are not Second Amendment concerns a Under Chauvin, we we said that if it regulates the right to use a firearm in self-defense then that Establishes the burden under the first step Then the question is the measurement of how close the burden comes to the core Right of self-defense and to what extent does it burden it? I agree that that's what so so therefore I think you'd be better off by directing your remarks to Whether the second step is fulfilled because it does seem like under Chauvin the first step Exists. Well, your honor with all due respect I'm going to take a stab at telling you why the first step does not exist Okay And this has to do with part of the holding of the district courts opinion and I believe it's what Judge Smith was alluding To a second ago. There's a threshold issue of whether the rules that a police department Sets for the government owned weapons that it issues to its officers to use on duty And then the rules it sets when you can use these weapons and how Whether the Second Amendment has any role at all in assessing the validity of those rules Now the appellants take it as a given that it does apply But the district court called this a novel theory and I think that was absolutely correct I think you can start with the analysis in Heller which catalogs as you know hundreds of years of history beginning in England The common thread throughout that historical inquiry is that the right that was eventually codified Was the right of the people to bear arms against infringement by first the crown There's talk of James the second Charles the second and George the third all the efforts They tried to disarm both England and the American colonies and that's what was being codified as an individual, right? against infringement by the government But nothing in any case law or the historical sources Suggests that the second arm the Second Amendment applies to the arms that are possessed by the government itself and are used in the course Of government action. I think the text of the amendment. I'm sorry judge Smith. You look like Who carries the burden on this issue The the plaintiffs have brought the claim They're the ones who have to show I believe under Heller and this two-part analysis that the right they're asserting is one That the first part of the test does it? However, I read Chauvin to suggest the government has the burden. I Think that either way I this is an issue of law about the scope of the Second Amendment I frankly don't think it matters who has the burden I'm happy to try and persuade you the reason I ask you that is Because I've seen these cases before and we get to this point and I'm looking at all these law review articles and all this stuff That has to do with Whether in history This category of prohibition has ever been protected or not. Now. I'm trying to find it in this case I don't have that. I don't have it either It has never been protected the idea that the that the weapons possessed by government actors police officers members of the military Are subject to Second Amendment research what you're saying is to a policeman a you can't carry anything But of service revolver and it's our revolver B you can't use it No, I'm saying that an officer. I mean when you say that it's only the government restricting its own arms that Assumes that the government is restricting the individual citizen from using a gun to protect himself true I might have lost the train of your question Once you tell the officer he can't have anything but a service firearm at home or or as an on-duty police On his job. Okay. All right, and then you say We're regulating that That Tells him that as a citizen, he can't use his arm. No, it tells him as a police officer He's subject to the rules now for the most part by the way recognize that on-duty police officers have far more Expansive rights with respect to weaponry than the general public when a police officers at home The same rules apply to any other member of the general public That's the Heller case where the plaintiff was a was a police. I'm not getting across to you. Go ahead with your argument Oh, I'm sorry if I haven't addressed go ahead with your argument. I'm not getting across to you. Okay You know in this state, for example, there are weapons that the general public can't possess like fully automatic rifles Police officers can by law so can members of the military there are places the general public can't bring Weaponry like court court rooms schools police officers can't police officers are obviously Authorized to use force in the exercise of police powers like effecting an arrest That's not a power the general public has but no case and none of the historical records and I know councils read them and I know the court has and I have there is no suggestion that the Weapons possessed by the king's that by the king's forces or anyone else is a second amendment concern This is consistent with the construct of the Bill of Rights Unlike other parts of the Constitution where there are explicit grants of authority to the government This is about the rights that are possessed by the general public against interference by the government and supposing I don't agree with you. Then what do you do with the second part of the test? Well, we think this is clearly this is not a strict scrutiny case This is a this is an intermediate scrutiny test I mean, I'm moving you along because your argument is dwindling and you've got I mean you had someone you started you're down to 851 so I've heard what you're saying as to the first prong What about the second if we get to the second prong? It's an intermediate scrutiny test if the challenged law doesn't implicate as a core second amendment, right? Or doesn't place a substantial burden on it. It's intermediate scrutiny here The reason for the de-escalation procedures was to address specific concerns raised by the Department of Justice in its findings That there were uses of force often against people in mental crisis where some Slowing down of the process might have avoided the use of force. Excuse me counselor. How would you define the core Second Amendment, right? Well Heller says a lot about what those are but it's essentially what I've said it's the right of an individual Clearly to defend hearth and home where Heller is. I know there's been some question about how far outside the home Exactly but but where we're talking about police officers, I'm saying first of all, of course the answer to question number one is no if somehow Regulation of officers is incorporated in it. I don't see that as a core constitutional, right? It's the right of the people who were being disarmed by the king in England or the colonists So in your view how close does it come that does the right of a police officer To use a firearm in self-defense come to the in your view the core Second Amendment, right? It's not a Second Amendment concern at all if there are Constitutional limitations on what a police department can say Essentially taking the use of force off the table altogether now, that's not this policy, of course, but the one Constitutional limitation that's in this complaint that might apply is a substantive due process one where there is an Established body of case law about executive government action that places government employees at unreasonable risk It's an incredibly high burden to meet and we argue that the amended complaint here, which is based on three-year-old Allegations before the policy had really even taken effect doesn't come close to meeting the standard But if there are concerns about You're freezing our ability to use force Substantive due process is the right way to talk about is the right area to focus on the Second Amendment These are not Second Amendment concerns a lot of you know Not every carrying of arm in this country derives from the Second Amendment and the arming of police departments like the military  Protecting from infringement by the government if we are going to talk about is this government action that has put its employees too much risk, then we're under substantive due process and There are two ways they can make that case. One is the shocks the conscience standard I don't think we're anywhere near that with this policy that you know hyperbole aside. This doesn't disarm the police They have the right to carry arms. They have the right to use those arms. There are some de-escalation steps that have been called into question The other thing I want to stress and this has to do with the two Requests for judicial notice we made is that we know what happened under the policy We have another federal court judge Robarts court with three years of actual data in front of it showing how this has played out Now we have not asked the court to take judicial notice of the data That's in those filings simply to note that there is another court where this has all played out And so rather than appear there, there's been no In motion to intervene or to appear as an amicus by the appellants They go on a three-year-old record at the outset of the policy Ask this court to accept it all is true and then essentially make new law Take the Second Amendment to a place. It's never gone and the 14th as well declaring a new fundamental, right? We don't think Anything there comes close to meeting meeting that standard my good colleague judge Hayes asked should we remand this case? Since the district court only considered the first prong No, I don't think there's any need for a remand This can be decided on all issues as a matter of law by this court The full policy is in the record the court can see as the district court did that nothing about adding this de-escalation step shocks the conscience and again We assert that nothing pled in the complaint about a police department policy It's a novel theory as the district court said it doesn't invoke any core Second Amendment, right? I Also would point out that the substantive due process cases We've cited Collins County of Sacramento from the Supreme Court Slaughter from the Fourth Circuit Lamar from this circuit are all decided on motions The appellants chose to file this at the outset of the case It's essentially a facial challenge at that point of the policy because a record hasn't been developed to show Here are instances in which de-escalation has caused harm. That's the record. They took up on appeal nothing prohibits them they can be in this court making this Constitutional challenge and also go to judge Robart and say based on three years of experience. We were right three years ago Here's what has actually happened judge Robart has in front of him right now a new set of proposed Modifications to the use of force policy. They don't touch on de-escalation granted But wouldn't this be an opportunity for a party with genuine concerns about what's happened in the last three years To appear in this court in his court and say that it doesn't preclude them from making a facial challenge here but rather than accept Essentially speculative speculative allegations is true They ought to be in front of the court where we know what has actually happened over the last three years They've sat those proceedings out altogether and are asking you to create new law instead So, I don't I don't believe a remand is appropriate if they want to file a new as applied challenge I Presume this court's opinion could could grant that right that the challenge they made at the outset that nothing on its face About this policy violates the Constitution. We think that should be affirmed If there are real concerns about the way this has played out over the last three years It ought to be on a full record or in front of judge Robart Seattle as you know is one of a number of cities around the country where Police reform is playing out under the oversight of a federal judge, which is what we have here Baltimore Cleveland Ferguson are a few of the other examples In our consent decree the use of force policy is the absolute centerpiece of it It was at the heart of why the Department of Justice came here  And if the officers can show something about it that hasn't been working they ought to be participating in those proceedings But that's not what they're doing they're asking you to come here and create a new fundamental constitutional right under the 14th Amendment and Apply the Second Amendment to arms possessed by the government, which has never been done before So we are asking you to affirm the district courts order on the merits This court can do that knowing that there is an alternate forum available to the appellants to express concerns about the policy Whether it's in the form of a constitutional challenge or just a practical one. Here's why those de-escalation things aren't working for us They can take those concerns there this court. However should dismiss on the merits happy to answer any additional questions Thank you Your Honor there's no alternate forum available to these police officers that's why they brought this case and the reason why we're talking about the allegations in the pleading because this was a on appeal of a 12b 6 dismissal the officers didn't get to present evidence of how this policy impacts them on Subjective due process that it was error for the district court to use the shocks the conscience standard the Sacramento vs. Lewis case says you use the shocks the conscience standard When and when an action is is executive as opposed to legislative in other words It depends on whether the challenge action is aimed at specific act of a government officer at issue and that's not this case This is a this is a Manel challenge on the policy. Don't you believe that this is really a new ground? If we if we take this to a substantial Stand of due process. Don't you believe that we're really? breaking new ground in this field Yes, and so then how do I rectify the case of Collins versus the city of Harker Heights, Texas? Which is the United States Supreme Court telling me don't do it Let's say that a police officer doesn't have a right to to a safe workplace against other police officers I believe that was one where a police officer was shot in the line of duty. This is different. This is the This is the government imposing. I'm frankly having a hard time Understanding why this is so different as I read Collins and you are now talking me about the facts and you're saying this is worse than that and They said in Collins don't get involved. That's not your area. This is uncharted area scarce Open-ended the doctrine of judicial restraint says don't go there But we have we have Heller that self-defense is a fundamental long-standing right and and if there's a fundamental right then there's a substantive due process violation I Want to talk about the policy one last time because we've been focusing on de-escalation and and this isn't just a matter of de-escalation once you get through the de-escalation The work needs to be the use of force needs to be reasonable which includes the consideration of 13 factors and then necessary and proportional and it defines necessary as no reasonable no reasonably effective alternatives are available and this court in its Scott behind Rick case said that that's an impossible standard and so when you're looking when you're asking are there are there historical recognitions of An officer's right to use force perhaps that that would be in the Fourth Amendment Fourth Amendment case law this court said requiring officers to find and choose the least intrusive Alternative would require them to exercise superhuman judgment in the heat of the battle with lives Potentially in the balance an officer would not be able to rely on training and common sense to decide what would best accomplish his mission Instead he would need to ascertain the least intrusive alternative an inherently subjective determination and choose that option and that option only imposing such a requirement would inevitably and induce tentativeness by officers and thus deter police from protecting the public and themselves and and that's what this case is about The Second Amendment right to a right to protect herself exists and applies to the police officers and if the court Finds that then we get sent back to the to the district court to develop a record on how it impacts the officers core Second Amendment, right? Thank you very much. Thank you
judges: Bea, N.R. Smith, Hayes